BEFORE THE THIRD DIVISION, FEBRUARY 15, 1943

**No. 48018.**—Protest 93661–K of Rodway Sales Corp. (New York).

Opinion by KEEFE, J. From a memorandum of the appraiser, which was admitted in evidence at the trial, it was found that certain "cheese straws" and "celery chips" were inadvertently entered and classified under paragraph 1558. On the record presented these items were held dutiable at 15 percent under paragraph 733 as amended. Protest sustained to that extent.